UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:19-cv-00441-APG-PAL<br><br>ORDER |

This apparent habeas action was opened with the filing of an application for leave to proceed *in forma pauperis*. ECF No. 1. Petitioner Ubaldo Saldana-Garcia indicates in the application that he seeks pauper status with respect to a habeas petition, but he has filed no such petition. The action, therefore, has not been properly commenced.

IT IS HEREBY ORDERED that petitioner Ubaldo Saldana-Garcia will, within 30 days of the date of this order, file the petition he seeks to pursue in this case. Failure to do so will result in the dismissal of this action, without prejudice, as improperly commenced. Saldana-Garcia at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims, without regard to any deadlines established or extensions granted herein. That is, by ordering Saldana-Garcia to file a petition in this case, I make no finding that any petition would not be subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

The Clerk of Court will send petitioner Ubaldo Saldana-Garcia two copies each of the forms for 28 U.S.C. § 2254 and 28 U.S.C. § 2241 petitions.

DATED THIS 7th day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE