# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>            Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>            Respondents. | Case No. 2:19-cv-00441-APG-BNW<br><br>**ORDER**<br><br>(ECF No. 14) |

I HEREBY ORDER that the respondents' Motion for Enlargement of Time **(ECF No. 14) is GRANTED.** The respondents have until January 6, 2020 to answer or otherwise respond to the amended petition for writ of habeas corpus in this case. Based on the scheduling order (ECF No. 9), petitioner Ubaldo Saldana-Garcia will have 30 days after service of an answer to file a reply in support of the amended petition. But, if the respondents file a motion instead of an answer, the response and reply deadlines will be governed instead by Local Rule of Practice 7-2(b).

Dated: December 31, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE