1 AARON D. FORD
Attorney General
2 CHARLES L. FINLAYSON (Bar No. 13685)
Senior Deputy Attorney General
3 State of Nevada
Office of the Attorney General
4 100 North Carson Street
Carson City, Nevada 89701-4717
5 Telephone: (775) 684-1115
Fax: (775) 684-1108
6 CFinlayson@ag.nv.gov
Attorney for Respondent

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al*.,<br><br>Respondent. | Case No. 2:19-cv-00441-APG-BNW<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST)**<br><br>**ORDER** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a twenty-one (21) day enlargement of time, to and including April 14, 2020, in which to file and serve their reply in support of motion to dismiss.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

There has been no prior enlargement of Respondents' time to file said reply, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 24th day of March, 2020.

                        AARON D. FORD
                        Attorney General

                        By:    /s/ Charles L. Finlayson
                                   CHARLES L. FINLAYSON (Bar No. 13685)
                                   Senior Deputy Attorney General

AARON D. FORD
Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
Attorney for Respondent

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>  Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>  Respondent. | Case No. 2:19-cv-00441-APG-BNW<br><br>**DECLARATION OF COUNSEL** |

I, CHARLES L. FINLAYSON, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1. I am a Senior Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. My reply in this matter is due March 24, 2020. By this motion I am seeking a 21-day extension of time, up to and including April 14, 2020, to file and serve my reply.

3. The Chief of the Post-Conviction Division was out on annual leave when the COVID-19 pandemic took off and remains out of the office. As a result, another Senior Deputy Attorney General and I have been in charge of managing our division's response to the pandemic. As this Court is undoubtedly aware, our state's response to the pandemic is in a state of flux. I have therefore been in near constant communication with senior staff and other divisions in ensuring that the members of our division remain safe and are able to work as effectively as possible during this time. These responsibilities, which I cannot delegate, have taken up a considerable portion of my time

4. In the meantime, I have been working diligently on a reply to a motion to dismiss in a death penalty case, *Leonard, William* 2:99-cv-00360-MMD-DJA. The federal habeas petition in that matter is over 400 pages and the opposition to Respondents' motion to dismiss is 174 pages. I have been working nights and weekends in order to complete Respondents' reply in the time frame set out by the Court.

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

6. I contacted Amelia Bizzarro with the Federal Public Defender, who has no objection to this enlargement.

Dated this 24th day of March, 2020.

By: /s/ Charles L. Finlayson
CHARLES L. FINLAYSON (Bar No. 13685)
Senior Deputy Attorney General

**ORDER**

IT IS SO ORDERED.
Dated: March 24, 2020.

UNITED STATES DISTRICT JUDGE