# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UBALDO SALDANA-GARCIA,

Petitioner,

v.

BRIAN WILLIAMS, et al.,

Respondents.

Case No. 2:19-cv-00441-APG-BNW

**ORDER TO UNSEAL CERTAIN DOCUMENTS**

I previously partially granted the respondents' motion to seal, and ordered the respondents to file a notice identifying which exhibits do not display the names of minor victims. ECF No. 24. The respondents' response (ECF No. 25) states that the index of exhibits and the following exhibits may be unsealed: 3, 5, 8, 11, 22–24, 26, 28–30, 33, 35, 37, 39–44, 47, 53–54, 57, 66, 68–90, 94–103, 106–111, 113, 120–138.

I THEREFORE ORDER **t**he Clerk of Court to **UNSEAL** the index of exhibits (ECF No. 18) as well as the following exhibits: ECF Nos. 18-3, 18-5, 18-8, 18-11, 18-22, 18-23, 18-24, 18-26, 18-28, 18-29, 18-30, 18-33, 18-35, 18-37, 18-39, 19, 19-1, 19-2, 19-3, 19-4, 19-7, 19-13, 19-14, 19-17, 19-26, 19-28, 19-29, 19-30, 19-31, 19-32, 19-33, 19-34, 19-35, 19-36, 19-37, 19-38, 19-39, 20, 20-1, 20-2, 20-3, 20-4, 20-5, 20-6, 20-7, 20-8, 20-9, 20-10, 20-14, 20-15, 20-16, 20-17, 20-18, 20-19, 20-20, 20-21, 20-22, 20-23, 20-26, 20-27, 20-28, 20-29, 20-30, 20-31, 20-33, and 21, including all sub-documents 21-1–18.

Dated: April 7, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE