AARON D. FORD
Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
Attorney for Respondent

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al*.,<br><br>Respondent. | Case No. 2:19-cv-00441-APG-BNW<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (SECOND REQUEST)**<br><br>**ORDER** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a seven (7) day enlargement of time, in which to file and serve their reply in support of Respondents motion to dismiss. ECF No. 16.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

There has been one prior enlargement of Respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 14th day of April, 2020.

AARON D. FORD
Attorney General

**IT IS SO ORDERED.**

By: /s/ Charles L. Finlayson
     CHARLES L. FINLAYSON (Bar No. 13685)
     Senior Deputy Attorney General

_____
United States District Judge
Dated: April 14, 2020.

-1-

AARON D. FORD
Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
Attorney for Respondent

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>Respondent. | Case No. 2:19-cv-00441-APG-BNW<br><br>**DECLARATION OF COUNSEL** |

I, Charles L. Finlayson, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1. I am a Senior Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. My reply in this matter is currently due on April 14, 2020. By this motion, I am requesting a seven (7) day enlargement of time, to and including April 21, 2020, in which to file this reply.

3. On April 10, 2020 (Thursday), the Ninth Circuit Court of Appeals issued an order granting petitioner Jeff Rose's request for emergency release based on COVID-19, and remanded the matter to the district court to conduct a hearing regarding the conditions of Rose's release. *Rose v. Bake*r, 3:13-cv-00267-MMD-WGC (ECF No. 54). On April 11 (Friday), the Chief Judge scheduled a bond hearing for April 13 (Monday) and directed me to address how Rose would be supervised upon release. I therefore spent the weekend, including the Easter holiday, preparing for this hearing by researching the relevant law, notifying all relevant parties, discussing this matter with Deputy Attorneys General in other states, and

contacting the victim.  In addition, I have been in constant contact with senior staff as additional requests for emergency release based on COVID-19 were filed by other inmates.

4. The emergency nature of this various requests prevented me from working on this reply.  I therefore request a short 7-day continuance to file my response in this matter.

5. I contacted counsel for Rose, Amelia Bizzaro, who indicated she has no objections to this request.

Dated this 14th day of April, 2020.

By: /s/ Charles L. Finlayson
CHARLES L. FINLAYSON (Bar No. 13685)
Senior Deputy Attorney General