UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UBALDO SALDANA-GARCIA,

        Petitioner,

v.

BRIAN WILLIAMS, et al.,

        Respondents.

Case No. 2:19-cv-00441-APG-BNW

**ORDER**

In light of my Order (ECF No. 34) granting the respondents' dismissal motion,

I THEREFORE ORDER:

1. The respondents must file an answer to all remaining grounds (Grounds III, X, XI, and XII) in the First Amended Petition for Writ of Habeas Corpus (ECF No. 13) by **January 11, 2021**. The answer must include substantive arguments on the merits as to each remaining ground, as well as any procedural defenses that may be applicable. In filing the answer, the respondents must comply with the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

2. Petitioner Ubaldo Saldana-Garcia will have 60 days following service of the answer to file and serve a reply brief.

Dated:  November 12, 2020

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE

1