# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>           Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>           Respondents. | Case No. 2:19-cv-00441-APG-BNW<br><br>**ORDER**<br><br>(ECF No. 39) |

Presently before me is Respondents' unopposed first Motion for Enlargement of Time (ECF No. 39). Because a ruling on Petitioner Ubaldo Saldana-Garcia's Motion for Reconsideration (ECF No. 36) will impact the scope of the Respondents' answer, the Court will vacate the current deadline to file an answer and revise the briefing schedule as necessary in its forthcoming order.

Good cause appearing, I THEREFORE ORDER that the Respondents' Motion for Enlargement of Time (**ECF No. 39**) **is GRANTED IN PART**. The deadline for the Respondents to file an answer is VACATED pending further order of the Court.

Dated: January 12, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE