**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-00441-APG-BNW<br><br>**ORDER**<br><br>(ECF No. 42) |

　　　Good cause appearing, I HEREBY ORDER that Respondents' motion for enlargement of time **(ECF No. 42) is GRANTED**. Respondents have until September 13, 2021 to file their answer.

　　　Dated: August 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1