AARON D. FORD
  Attorney General
CHARLES L. FINLAYSON (Bar No. 13685)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1115
Fax: (775) 684-1108
CFinlayson@ag.nv.gov
*Attorney for Respondents*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Respondent. | Case No. 2:19-cv-00441-APG-BNW<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME (SECOND REQUEST)** |

    Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a forty-five (45) day enlargement of time, to and including October 28, 2021, in which to file and serve their answer.

    This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

    There has been one prior enlargement of Respondents' time to file said answer, and this motion is made in good faith and not for the purposes of delay.

    RESPECTFULLY SUBMITTED this 13th day of September, 2021.

                                            AARON D. FORD
                                            Attorney General

IT IS SO ORDERED:                By:  /s/ Charles L. Finlayson
                                                CHARLES L. FINLAYSON (Bar No. 13685)
Dated:  September 17, 2021          Senior Deputy Attorney General

                                                _____
                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE

-1-