**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>                    Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>                    Respondents. | Case No. 2:19-cv-00441-APG-BNW<br><br>**ORDER**<br><br>(ECF No. 42) |

Respondents filed an unopposed motion for extension of time to respond to Petitioner's second motion for stay (ECF No. 57 ("motion")). I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**I THEREFORE ORDER:**

1. Respondents' motion for enlargement of time (ECF No. 57) is granted. The deadline to file their response is June 15, 2023.

Dated: May 25, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1