**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>    Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents | Case No.: 2:19-cv-00441-APG-BNW<br><br>**Order Granting Petitioner's Motion to Extend**<br><br>[ECF No. 62] |

Petitioner filed a motion for extension of time to file his reply in support of his motion to stay. ECF No. 62. I find the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that Petitioner's motion for enlargement of time (ECF No. 62) is granted. The deadline to file his reply is July 21, 2023.

DATED this 7th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE