**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>　　　Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　Respondents | Case No.: 2:19-cv-00441-APG-BNW<br><br>**Order Granting Respondents'**<br>**Motion to Extend**<br><br>[ECF No. 76] |

　　　The respondents seek an extension of time to file their response to the petitioner's second amended petition. ECF No. 76. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

　　　I THEREFORE ORDER that the respondents' unopposed first motion for enlargement of time (ECF No. 76) is granted. The deadline to file his reply is August 13, 2025.

　　　DATED this 23rd day of July, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE