UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UBALDO SALDANA-GARCIA,<br><br>Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents | Case No.: 2:19-cv-00441-APG-BNW<br><br>**Order Granting the Respondents' Motion to Extend and Granting Petitioner's Motion to Extend**<br><br>[ECF Nos. 79, 81] |

The respondents seek an extension of time to file their response to the petitioner's second amended petition. ECF No. 79. In addition, Petitioner Saldana-Garcia filed a motion for extension of time to file his opposition to the respondents' motion to dismiss. ECF No. 81. I find that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

I THEREFORE ORDER that the respondents' unopposed second motion for enlargement of time (ECF No. 79) is granted *nunc pro tunc*.

I further order that Petitioner's unopposed first motion for enlargement of time (ECF No. 81) is granted. The deadline to file his opposition is November 24, 2025.

DATED this 2nd day of October, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE