UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UBALDO SALDANA-GARCIA, | Case No.: 2:19-cv-00441-APG-BNW |
| Petitioner | **Order Granting Petitioner's Motion for Leave to File a Second Amended § 2254 Petition** |
| v. | |
| BRIAN WILLIAMS, et al., | [ECF No. 75] |
| Respondents | |

Petitioner Ubaldo Saldana-Garcia seeks leave to file his second amended petition. ECF No. 75. Respondents did not file an opposition to Saldana-Garcia's motion and the time to do so has expired.

In November 2021, the state district court issued an amended judgment of conviction vacating and dismissing certain counts. ECF No. 48. In January 2024, I administratively closed this habeas matter while Saldana-Garcia exhausted claims in state district court. ECF No. 66. In March 2025, I granted Saldana-Garcia's renewed motion to reopen and motion to extend time to file a second amended petition. ECF Nos. 71-73. Saldana-Garcia now seeks leave to file his second amended petition after returning to state district court following the issuance of the amended judgment of conviction. ECF No. 75.

Under Federal Rule of Civil Procedure 15(a)(2), leave to amend should be freely given "when justice so requires." But leave to amend "is not to be granted automatically," and the court "considers the following five factors to assess whether to grant leave to amend: (1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment; and (5) whether plaintiff has previously amended his complaint." *In re W. States Wholesale Natural Gas Antitrust Litig.*, 715 F.3d 716, 738 (9th Cir. 2013) (internal punctuation omitted). I find that

none of the factors above weighs against allowing the amendment sought here, especially as Respondents do not oppose Saldana-Garcia's motion. Accordingly, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, I find that leave file Saldana-Garcia's second amended petition is appropriate.

I THEREFORE ORDER that Petitioner Ubaldo Saldana-Garcia's Motion for Leave to File Document (ECF No. 75) is granted.

I further order that the Clerk of the Court is directed to file Saldana-Garcia's second amended petition (ECF No. 75-1) on the docket.

DATED this 15th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE