**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UBALDO SALDANA-GARCIA, | Case No.: 2:19-cv-00441-APG-BNW |
| Petitioner | **Order Granting Respondents' Motion to Extend** |
| v. | [ECF No. 88] |
| BRIAN WILLIAMS, et al., | |
| Respondents | |

The respondents seek an extension of time to file their reply in support of their motion to dismiss. ECF No. 88. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed first motion for enlargement of time (ECF No. 88) is granted. The deadline to file their reply is March 16, 2026.

DATED: February 4, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE