# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UBALDO SALDANA-GARCIA,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:19-cv-00441-APG-BNW

**Order Granting the Respondents' Motion to Extend and Granting Petitioner's Motion to Extend**

[ECF Nos. 79, 81]

The respondents seek an extension of time to file their reply in support of their motion to dismiss. ECF Nos. 90, 91. Petitioner Saldana-Garcia filed a motion for extension of time to file his opposition to the respondents' motion to dismiss. ECF No. 85. I find that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

I THEREFORE ORDER that that Petitioner's unopposed second motion for enlargement of time (ECF No. 85) is granted *nunc pro tunc*.

I further order that the respondents' unopposed second motion for enlargement of time (ECF No. 90) is granted *nunc pro tunc*.

I further order that the respondents' unopposed third motion for enlargement of time (ECF No. 91) is granted. The deadline to file their reply is May 6, 2026.

DATED this day 17th of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE