**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UBALDO SALDANA-GARCIA,

Petitioner

v.

BRIAN WILLIAMS, et al.,

Respondents

Case No.: 2:19-cv-00441-APG-BNW

**Order Granting Respondents' Motion to Extend**

[ECF No. 97]

The respondents seek an extension of time to file their response to the amended petition. ECF No. 97. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed first motion for enlargement of time (ECF No. 97) is granted. The deadline to file their response is December 8, 2026.

DATED this 3rd day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE